UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS INDEMNITY CO. OF AMERICA,

                       Plaintiff,

  -against-

SOUTHWEST MARINE & GENERAL CO.,

                       Defendant.

23-Civ-04859 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

      On February 14, 2024, Judge Alvin K. Hellerstein scheduled this case for a status conference on February 23, 2024 at 12:00 PM. (*See* ECF 19.) On February 20, 2024, the parties agreed to conduct all further proceedings before a magistrate judge pursuant to 28 U.S.C. § 636(c). (*See* ECF 20.) On February 21, 2024, this case was assigned to me.

      I understand that the parties have had some productive settlement discussions. I would like to hold a conference on **Friday, February 23, 2024 at 10:30 AM** to discuss how the Court might be able to assist with these efforts. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 639 920 003 #.**

      If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov to propose other times on February 23 or during the week of March 11, 2024.

DATED: February 21, 2024
       New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge