UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS INDEMNITY CO. OF AMERICA,

                         Plaintiff,

-against-

SOUTHWEST MARINE & GENERAL CO.,

                         Defendant.

23-Civ-04859 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

The conference previously scheduled for February 23 is now set for **Tuesday, March 12, 2024 at 11:30 AM**. We will discuss how the Court may be able to assist parties with their settlement discussions.

Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 249 742 324#.**

DATED:  February 23, 2024
         New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge