UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Travelers Indemnity Company of
America,

                    Plaintiff,

        -against-
Southwest Marine and General Company,

                    Defendant.

23cv04859(RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By February 28, 2025, SW Marine shall file a letter on the docket responding to Plaintiff's

argument in its supplemental submission (ECF 40) that SW Marine's hiring of separate counsel

to defend SC in connection with the cross-claims is not sufficient to address the potential

conflict of interest or meet the requirements of Rule 1.7 of the New York State Rules of

Professional Conduct.

DATED:  February 20, 2025
           New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge