UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>                                        Plaintiff,<br><br>   -against-<br><br>SOUTHWEST MARINE AND GENERAL COMPANY,<br><br>                                        Defendant. | 23cv04859 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties' request to stay this matter while they seek to pursue a potential global settlement is GRANTED. This case shall be stayed until **May 5, 2025**, at which time either 1) the parties shall file a joint letter informing the Court that they have settled this matter; or 2) Plaintiff shall file a motion to amend the operative complaint along with a proposed amendment and a letter indicating that Plaintiff's motion for summary judgment (ECF 30) is withdrawn without prejudice to refiling at an appropriate time; or 3) Plaintiff shall file a letter stating that the parties have been unable to achieve a settlement, that Plaintiff does not intend to seek leave to amend the operative complaint, and that Plaintiff seeks a decision on its summary judgment motion (ECF 30).

DATED:  March 31, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge