UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Travelers Indemnity Company of America,<br><br>Plaintiff,<br><br>-against-<br><br>Southwest Marine and General Company, et al.,<br><br>Defendant. | 23cv04859 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The stay in this case expired on **May 5, 2025.** The Clerk of Court is respectfully requested to lift the stay noted on the docket.

Additionally, following the conference on May 19, 2025, after further reflection, I concluded that the most efficient course is to **GRANT** the unopposed motion to amend the operative complaint (ECF 49). Plaintiff is directed to file the third amended complaint on the docket by **May 23, 2025** and to serve Hudson Excess Insurance Company by **June 20, 2025.** Plaintiff's motion for summary judgment (ECF 30) is **DENIED** as moot, without prejudice to refiling under appropriate circumstances.

The Clerk of Court is respectfully requested to terminate ECF 30 and ECF 49.

DATED:  May 19, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge