UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Travelers Indemnity Company of America,<br><br>                    Plaintiff,<br><br>     -against-<br><br>Southwest Marine and General Company,<br><br>                    Defendant. | 23-CV-04859 (AKH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court thanks the parties for their status update (ECF 80). Their request for an extension of the deadline for fact discovery is GRANTED.

Fact discovery shall now conclude by **January 12, 2026**. I do not anticipate further extensions of this deadline absent very good cause shown.

The settlement conference scheduled for January 6, 2026 is now rescheduled to **Thursday, January 22, 2026** at **2:00 PM,** to be held by video conference. The Courtroom Deputy will send the conference details to counsel.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **January 15, 2026,** by **5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

The Clerk of Court is respectfully requested to endorse ECF 80 and reschedule the settlement conference.

DATED:  December 17, 2025
           New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE