UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF
AMERICA,

Plaintiff,

-against-

SOUTHWEST MARINE AND GENERAL
COMPANY, *et al.*,

Defendants.

23-CV-4859 (AKH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 13, 2024, this non-jury matter was referred to the undersigned for all proceedings on consent of Plaintiff Travelers Indemnity Co. of America  and Defendant Southwest Marine & General Co. ("Southwest"), pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. (ECF 18.) On May 19, 2025, the undersigned granted Plaintiff's motion for leave to amend the operative complaint to add an additional defendant, Hudson Excess Insurance Co. ("Hudson") (ECF 52.) Plaintiff filed a third amended complaint on May 27, 2025, adding Hudson as a defendant. (ECF 55.) Defendant Hudson declined to consent to referral of this matter to the undersigned for all proceedings. (ECF 70.) Accordingly, this case was reassigned to the Honorable Alvin K. Hellerstein, who referred this matter to the undersigned for general pretrial supervision. (ECF 71.) Following the completion of fact discovery, a settlement conference before the undersigned was held on January 22, 2026, but a settlement was not reached. Plaintiff has indicated that it may wish to file a motion for summary judgment. The parties shall, by **January 28, 2026**, file a letter on the docket requesting a case management conference with

Judge Hellerstein, to discuss the status of the case, the prospects of settlement, whether further alternative disputes-resolution procedures should be utilized, the need for and a schedule regulating experts and expert-discovery, appropriate motions and schedules therefor, and any other issue counsel or the Court wish to discuss.

DATED:  January 23, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge